HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
RENE GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:14-cr-00124 LJO |
|---|---|---|
|  | ) |  |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE SENTENCING |
|  | ) | HEARING;  ORDER |
| vs. | ) |  |
|  | ) |  |
| RENE GARCIA, | ) | DATE: January 12, 2015 |
|  | ) | TIME:   8:30 a.m. |
| *Defendant.* | ) | JUDGE: Hon. Lawrence J. O'Neill |
|  | ) |  |

    **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Christopher D. Baker, counsel for plaintiff, and Assistant Federal Defender, Andras Farkas, counsel for defendant, Rene Garcia, that the sentencing hearing currently set for December 15,, 2014 at 8:30 a.m. before Judge Lawrence J. O'Neill, **may be continued to January 12, 2015 at 8:30 a.m.** The government is in agreement with this request.

    The reason for this continuance is that defense counsel requests additional time to prepare for sentencing in light of the Court's intent to upwardly depart from the sentencing guideline range.

/ / /

/ / /

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated:  December 3, 2014 | */s/ Christoper D. Baker*<br>CHRISTOPHER D. BAKER<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated:  December 3, 2014 | */s/ Andras Farkas*<br>ANDRAS FARKAS<br>Assistant Federal Defender<br>Attorney for Defendant<br>RENE GARCIA |

## **O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:   **December 3, 2014**            /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE