IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:14-CR-00124-001 LJO |
| | ) | |
|        *Plaintiff,* | ) | ORDER FOR TRANSPORT |
| | ) | TO DELANCEY STREET |
|    *vs*. | ) | |
| | ) | |
| RENE GARCIA, | ) | |
| | ) | |
|        *Defendant.* | ) | |

IT IS HEREBY ORDERED that defendant Rene Garcia (USM #71790-097) shall be released to his parents Jose Garcia and Noemi Garcia, from the United States Marshal's office located at 2500 Tulare Street, Third Floor, in Fresno, California on Wednesday, January 14, 2015 at 8:00AM, will then transport Rene Garcia directly to the Delancey Street program located at 600 Embarcadero in San Francisco for intake interview. If accepted, Rene Garcia will stay at Delancey Street and abide by all rules of the program. If not accepted, his parents Jose Garcia and Noemi Garcia will immediately and directly return Rene Garcia to the United States Marshal's office by no later than 8:00PM on Wednesday, January 14, 2015.

     If Mr. Garcia is accepted for the program, Defense Counsel is obligated to provide written proof to the Court, to Probation, and to the U.S. Attorney's office forthwith.

IT IS SO ORDERED.

   Dated:  **January 13, 2015**                          /s/ Lawrence J. O'Neill
                                                                         UNITED STATES DISTRICT JUDGE