HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RENE GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>　vs.<br><br>RENE GARCIA,<br><br>　　　　*Defendant.* | 1:14-cr-00124  LJO / SKO<br><br>ORDER FOR<br>TRANSPORT TO TEEN CHALLENGE<br>FOR RENE GARCIA |

　　　IT IS HEREBY ORDERED that defendant RENE GARCIA (Fresno County Sheriff's Booking No. 1511096; Person ID 7057601) shall be released to Kathy Grinstead, from the Fresno County Jail on Friday, January 23, 2015 at 8:00 a.m.  Ms. Grinstead will then transport Rene Garcia directly to Teen Challenge program located at 1325 N. Wishon Ave., Fresno, CA for an intake interview.  Ms. Grinstead will return Mr. Garcia to the Fresno County Jail by no later than 12:00 p.m. on January 23, 2015.


IT IS SO ORDERED.

　　　Dated:   **January 21, 2015**　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE