HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
RENE GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00124 LJO |
| *Plaintiff,* | |
| vs. | STIPULATION TO STATUS CONFERENCE HEARING; WAIVER OF DEFENDANT'S PRESENCE;  ORDER |
| RENE GARCIA, | |
| *Defendant.* | DATE: September 21, 2015<br>TIME:   8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Christopher D. Baker, counsel for plaintiff, and Assistant Federal Defender, Andras Farkas, counsel for defendant, Rene Garcia, that the status conference hearing currently set for March 2, 2015 at 8:30 a.m. before Judge Lawrence J. O'Neill, **may be continued to September 21, 2015 at 8:30 a.m.** The government is in agreement with this request.

The reason for this continuance is that Mr. Rene Garcia is currently enrolled in the Teen Challenge boot camp, which is located in Shafter, CA.  Deputy Chief Pre-trial Services Officer Montgomery Olson has confirmed Mr. Garcia's enrollment in the Teen Challenge program. Counsel for defendant also requests to waive defendant's presence if he is still enrolled in Teen Challenge on September 21, 2015.  Defense counsel is ordered to file a status report regarding

1  Mr. Garcia's performance and status in Teen Challenge one week prior to the September 21, 2015
2  status conference date.

3                                          BENJAMIN B. WAGNER
                                            United States Attorney
4

5  Dated:  February 23, 2015          */s/ Christopher D. Baker*
                                            CHRISTOPHER D. BAKER
6                                           Assistant United States Attorney
                                            Attorney for Plaintiff
7

8                                          HEATHER E. WILLIAMS
                                            Federal Defender
9

10 Dated:  February 23, 2015          /s/ *Andras Farkas*
                                            ANDRAS FARKAS
11                                          Assistant Federal Defender
                                            Attorney for Defendant
12                                          RENE GARCIA

13

14

15                                  **O R D E R**

16     For the reasons set forth above, the continuance and waiver requested are granted for

17 good cause.

18 IT IS SO ORDERED.

19   Dated:  **February 24, 2015**            **/s/ Lawrence J. O'Neill**
20                                            UNITED STATES DISTRICT JUDGE

Garcia:  Stipulation to Continue Status Conference;
Waiver of Defendant's Presence        2