HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Rene Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1:14-cr-00124 LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | SENTENCING HEARING |
| vs. ) | |
| ) | DATE:   August 8, 2016 |
| RENE GARCIA, ) | TIME:   8:30 a.m. |
| ) | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for July 25, 2016 may be continued to August 8, 2016 at 8:30 a.m.

Mr. Garcia remains with the Teen Challenge Program in Reedley.  He has asked a representative from the program to speak on his behalf at sentencing.  In order to accommodate the representative's schedule, defense is requesting the new August 8, 2016 sentencing date.

The parties further agree that under the Court's Order of Release (DKT 28), that additional condition (7)(i) which states "within 24 hours of your successful or unsuccessful discharge from the Teen Challenge Residential Treatment Program, you shall report to the US Marshals office in Fresno to be returned to custody pending your sentencing" and that Mr. Garcia, although having successfully completed the program, remains at the program as a mentor working for the program, and does not have to report to the US Marshals until ordered by the

court.

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

                                  Respectfully submitted,

                                  PHILLIP A. TALBERT
                                  Acting United States Attorney

DATED: June 10, 2016                  */s/ Christopher D. Baker*
                                  CHRISTOPHER D. BAKER
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                  HEATHER E. WILLIAMS
                                  Federal Defender

DATED: June 10, 2016                  */s/ Charles J. Lee*
                                  CHARLES J. LEE
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  RENN GARCIA

**O R D E R**

IT IS SO ORDERED.

   Dated: **June 13, 2016**                **/s/ Lawrence J. O'Neill**
                                  UNITED STATES CHIEF DISTRICT JUDGE