HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Rene Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-cr-00124 LJO-SKO |
| Plaintiff, ) | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER |
| vs. ) | JUDGE: Hon. Lawrence J. O'Neill |
| RENE GARCIA, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the following condition be added to Mr. Garcia's terms of pretrial release: "You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer."

Mr. Garcia is set to complete his phase at the Teen Challenge program on July 24, 2016. His sentencing is currently scheduled for August 8, 2016. After completion of Teen Challenge, Mr. Garcia wishes to reside at his parents' home in Selma, pending his sentencing date.

All other conditions will remain in full force and effect. Both counsel for the government as well as Pretrial Services Officer Dan Stark do not object to this modification.

//

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: July 14, 2016         */s/ Christopher D. Baker*
CHRISTOPHER D. BAKER
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: July 14, 2016         */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
RENE GARCIA

## **O R D E R**

**T**he following condition is added to the terms of pretrial release for Rene Garcia: "You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer."

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:   **July 15, 2016**            */s/ Lawrence J. O'Neill*
UNITED STATES CHIEF DISTRICT JUDGE